# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) |
| | ) Chapter 13 |
| Mary L. Saienni, | ) |
| | ) Case No. 21-10693-BLS |
| Debtor. | ) |

## DELAWARE DIVISION OF REVENUE
## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The Delaware Division of Revenue (the "DOR"), by and through its undersigned counsel, hereby objects to confirmation of the Debtor's Chapter 13 Plan (the "Plan") and, in support thereof, respectfully states as follows:

1.     The Debtor failed to file Delaware state tax returns for 2017, 2018, 2019, and 2020 (the "Returns") as required by 11 U.S.C. § 1308(a). The Plan cannot be confirmed until the Debtor files the Returns. *See* 11 U.S.C. § 1325(a)(9).

**WHEREFORE**, the DOR respectfully requests that the Court deny confirmation of the Plan until the Debtor files the required Returns or affidavits of tax-exemption for the above-referenced tax years.

Dated:  May 15, 2021
Wilmington, Delaware

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

 */s/ Edward J. Kosmowski*
Edward J. Kosmowski (No. 3849)
Deputy Attorney General
820 North French Street, 8th Floor
Wilmington, Delaware 19801
(302) 577-5442

*Counsel for the Delaware Division of Revenue*

**CERTIFICATE OF SERVICE**

    I, Edward J. Kosmowski, hereby certify that on May 15, 2021 a copy of the foregoing was served electronically via the Court's CM/ECF filing system upon those registered to receive electronic service.

                                                 */s/ Edward J. Kosmowski*
                                                 Edward J. Kosmowski (No. 3849)